UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN D'AMATO and PAUL D'AMATO, as partners of SIBRO i, SISBRO II, and SISBRO III,<br><br>        Plaintiffs,<br><br>        v.<br><br>REGINA LILLIE and GERALD LILLIE, as partners of SISBRO I, SISBRO II, and SISBRO III,<br><br>        Defendants. | NO. CV-06-0314-EFS<br><br>**PRELIMINARY INJUNCTION ORDER** |

    Telephonic hearings were held in the above-captioned matter on November 14, 2006. Before the Court was Plaintiffs Brian D'Amato and Paul D'Amato's Motion for Temporary Restraining Order, Expedited Discovery, and Order to Show Cause (Ct. Rec. 2). At the 8:30 a.m. hearing, counsel for Plaintiffs, Todd Reuter appeared. The Court continued the hearing to 1:00 p.m. and required Mr. Reuter to attempt to recontact the Defendants and advise them that he was an attorney representing the Plaintiffs in this matter and that a hearing would be held at 1:00 p.m. during which the Court would determine whether it was appropriate to enter a temporary restraining order.

    At the 1:00 p.m. hearing, Plaintiffs were again represented by Todd Reuter, while Greg Hesler appeared on behalf of Defendants. Counsel advised the Court that the parties were close to entering into a

ORDER -- 1

stipulation. Accordingly, the Court continued the hearing to November 15, 2006, in the event the parties were unable to reach an agreement. Prior to the November 15, 2006, hearing, the parties stipulated to the entry of a preliminary injunction containing the terms in Attachment A. Based on the terms of that stipulation and the Court's review of the material previously submitted, the Court enters the following preliminary injunction.

The Complaint alleges the injury complained is the loss and potential loss of documentary evidence of financial mismanagement of the SISBRO partnerships and the possible sale of partnership assets. The Court finds Plaintiffs have established that the loss of its proprietary information is irreparable in that the documentary information is the only source by which to discover improper overpayments to Defendants. Further, if partnership assets are sold without appropriate deliberation and notice to the other partners, then a suitable and fair price may not be realized, and the buyer may unwittingly become ensnared in a lawsuit between the partners. The Court also finds entry of this Order without full notice is appropriate given the stipulation of the parties.

**Based upon the foregoing considerations, IT IS HEREBY ORDERED:**

(1) Plaintiffs' Motion for TRO, Expedited Discovery, and Order to Show Cause **(Ct. Rec. 2)** is **GRANTED**, and the parties' stipulation to entry of a Preliminary Injunction is **GRANTED**. The November 15, 2006, telephonic hearing is **STRICKEN**. Accordingly, the following **preliminary injunction** is entered.

(2) Defendants are hereby:

    a. Restrained and enjoined from destroying, deleting, or altering any ledgers, financial statements, books of account,

ORDER -- 2

    computerized data compilations, tax returns, or other records of SISBRO I, SISBRO II, and SISBRO III;

   b. Restrained and enjoined from destroying, deleting, or altering any credit card records pertaining to accounts held in the name of SISBRO I, SISBRO II, and SISBRO III, or SuperCuts or Cost-Cutters;

   c. Restrained and enjoined from selling, transferring, or encumbering any interest in the SISBRO partnerships without prior written notice to Plaintiffs;

   d. Ordered to make the following documents available for inspection and copying by the Plaintiffs or their agents at the office of Plaintiffs' counsel on a mutually agreeable date and time no later than November 29, 2006:

    i. All ledgers, financial statements, books of account, computerized data compilations, tax returns, or other records of SISBRO I, SISBRO II, and SISBRO III;

**IT IS FURTHER ORDERED** that no security need be posted, pursuant to stipulation on the record by the attorneys for the parties. This Order shall remain in effect until the conclusion of the trial of this matter or further order of this Court.

(3) This Order shall, pursuant to Federal Rule of Civil Procedure 65(d), be binding on Defendants, their officers, agents, servants, employees, and attorneys, and upon those acting in active concert or participation with those who receive actual notice of this Order by personal service or otherwise.

///

///

ORDER -- 3

(4) The Clerk shall enter this Order and forward copies of this Order to counsel and Defendants.

**DATED** this ___15th___ day of November 2006.

                              S/ Edward F. Shea
                                EDWARD F. SHEA
                     UNITED STATES DISTRICT JUDGE

Q:\Civil\2006\0314.TRO.wpd

ORDER -- 4

**Attachment A**

HON. EDWARD F. SHEA

Todd Reuter, WSBA #20859
PRESTON GATES & ELLIS LLP
601 West Riverside Avenue
Suite 1400
Spokane, WA 99201-0628
Telephone: (509) 624-2100
Facsimile: (509) 456-0146
E-mail: treuter@prestongates.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN D'AMATO, and PAUL D'AMATO, as partners of SISBRO I, SISBRO II, and SISBRO III,<br><br>*Plaintiffs,*<br><br>v.<br><br>REGINA LILLIE, and GERALD LILLIE, as partners of SISBRO I, SISBRO II, and SISBRO III,<br><br>*Defendants.* | No. CV-06-00314-EFS<br><br>PRELIMINARY INJUNCTION ORDER |

This matter came before the court for hearing on the plaintiffs' Brian D'Amato and Paul D'Amato's Motion for Temporary Restraining Order, Expedited Discovery, and Order to Show Cause. Plaintiffs are represented by Todd Reuter of Preston Gates & Ellis LLP. Greg Hesler of Paine, Hamblen, Coffin, Brooke & Miller appeared for the defendants. The parties have stipulated to the entry of this order as a preliminary injunction pending trial.

PRELIMINARY INJUNCTION
ORDER - 1

K:\56775\00001\JTR\JTR_P24FM

PRESTON GATES & ELLIS LLP
601 WEST RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201-0628
TELEPHONE: (509) 624-2100

The court reviewed the information contained in the court file, including the following documents:

1. The November 9, 2006 complaint;
2. The motion for TRO, expedited discovery and order to show cause;
3. The memorandum filed in support of plaintiffs' motion; and
4. The Affidavit of Paul D'Amato with attachments, filed herewith.

### The Injury

The Complaint establishes that the injury complained of here is the loss and potential loss of documentary evidence of financial mismanagement of the SISBRO partnerships and the possible sale of partnership assets.

### Why The Injury Is Irreparable

Plaintiffs have established that the loss of its proprietary information is irreparable in that the documentary information is the only source by which to discover improper overpayments to the defendants. Further, if partnership assets were sold without appropriate deliberation and notice to the other partners, then a suitable and fair price may not be realized, and the buyer may unwittingly become ensnared in a lawsuit between the partners. Unless restrained by order of this Court, Defendants may be poised to continue their payment practices and/or sell partnership property for an improper reason and/or in an improper manner.

### Why This Order Is Granted Without Full Notice

This Order is granted without full notice based on the stipulation of the parties.

PRELIMINARY INJUNCTION
ORDER - 2

K:\56775\00001\JTR\JTR_P24FM

PRESTON GATES & ELLIS LLP
601 WEST RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201-0628
TELEPHONE (509) 624-2100

**Based upon the foregoing considerations, IT IS HEREBY ORDERED:**

(1) The Motion is granted;

(2) Defendants are hereby:

    a. Restrained and enjoined from destroying, deleting or altering any ledgers, financial statements, books of account, computerized data compilations, tax returns, or other records of SISBRO I, SISBRO II, and SISBRO III;

    b. Restrained and enjoined from destroying, deleting or altering any credit card records pertaining to accounts held in the name of SISBRO I, SISBRO II, and SISBRO III, or SuperCuts or Cost-Cutters;

    c. Restrained and enjoined from selling, transferring, or encumbering any interest in the SISBRO partnerships without prior written notice to plaintiffs.

    d. Ordered to make the following documents available for inspection and copying by the plaintiffs or their agents at the office of plaintiffs' counsel on a mutually agreeable date and time no later than November 29, 2006:

        i. All existing ledgers, financial statements, books of account, computerized data compilations, tax returns, or other records of SISBRO I, SISBRO II, and SISBRO III;

**IT IS FURTHER ORDERED** that no security need be posted, pursuant to

PRELIMINARY INJUNCTION
ORDER - 3

K:\56775\00001\JTR\JTR_P24FM

PRESTON GATES & ELLIS LLP
601 WEST RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201-0628
TELEPHONE: (509) 624-2100

This Order shall remain in effect until the conclusion of the trial of this matter or further order of this court.

(3) This order shall, pursuant to Fed. R. Civ. P. 65(d), be binding on the defendants, their officers, agents, servants, employees and attorneys, and upon those acting in active concert or participation with those who receive actual notice of this order by personal service or otherwise.

(4) The Clerk shall forward copies of this order to counsel.

DATED this ___ day of November, 2006.

_____
United States District Judge

Presented by:

PRESTON, GATES & ELLIS, LLP

By _____
Todd Reuter, WSBA # 20859
Attorneys for Plaintiffs
treuter@prestongates.com
Preston Gates & Ellis, LLP
601 W. Riverside, Suite 1400
Spokane, WA 99201-0628
Telephone: (509) 624-2100
Facsimile: (509) 456-0146

Approved:

_____
Regina Lillie

Presented by:

PAINE HAMBLEN COFFIN BROOKE & MILLER

By _____
Greg Hesler, WSBA # 34217
Attorneys for Defendants
greg.hesler@painehamblen.com
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague, Suite 1200
Spokane, WA 99201
Telephone: (509) 455-6000
Facsimile: (509) 838-0007

_____
Gerald Lillie

PRELIMINARY INJUNCTION
ORDER - 4

PRESTON GATES & ELLIS LLP
601 WEST RIVERSIDE AVENUE
SUITE 1400
SPOKANE, WA 99201-0628
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146