HONORABLE EDWARD F. SHEA

Theresa L. Keyes
theresa.keyes@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
618 West Riverside Avenue, #300
Spokane, WA 99201
Telephone: (509) 624-2100
Facsimile: (509) 456-0146
Attorneys for Plaintiffs

Stephen D. Phillabaum
stevep@spokelaw.com
Ian Ledlin,
ian@spokelaw.com
PHILLABAUM, LEDLIN, MATTHEWS & SHELDON , PLLC
421 West Riverside Ave. #900
Spokane, WA 99201
Telephone:509-838-6055
Facsimile: 509-625-1909
Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN D'AMATO, and PAUL D'AMATO, as partners of SISBRO I, SISBRO II, and SISBRO III,<br><br>                              Plaintiffs,<br><br>    v.<br><br>REGINA LILLIE, and GERALD LILLIE, as partners of SISBRO I, SISBRO II, and SISBRO III,<br><br>                              Defendants. | No. CV-06-00314-EFS<br><br>STIPULATED PROTECTIVE ORDER |

## **STIPULATION**

Plaintiffs Brian D'Amato and Paul D'Amato and Defendants Regina Lillie and Gerald Lillie, through their undersigned counsel, agree that it would

STIPULATED PROTECTIVE ORDER - 1

K:\1756775\00001\17096_XRH\17096P259W

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 WEST RIVERSIDE AVENUE, #300
SPOKANE, WA 99201-0602
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146

serve the interests of these entities that all documents produced in this case by all parties pursuant to discovery and/or documents produced pursuant to subpoena to any third party be subject to a protective order, in order to avoid disputes during the discovery process.

Therefore, to effectuate their agreement, it is stipulated as follows:

1.     When used in this Stipulated Protective Order, "Information" means all documents or other materials or media produced in response to discovery requests or otherwise conveyed during this litigation.

2.     It is agreed that, pursuant to this Stipulated Protective Order, any Party or third party who produces Information in this litigation may designate any Information as **"Confidential"** if they have a good faith belief that the Information is or contains confidential, proprietary, trade secrets or other commercially and/or financially sensitive information.

3.     It is agreed that, pursuant to this Stipulated Protective Order, any Party or third party who provides Information which is produced by that Party or third party in this litigation may designate any Information as **"Attorneys Eyes Only"** if they have a good faith belief that the Information is or contains trade secrets or other confidential, proprietary, financial, or commercially-sensitive information the disclosure of which to the requesting Party could result in financial harm, and/or risk or exposure to liability to the producing Party or third party.

4.     It is agreed that, except with the prior written consent of the producing party, the attorneys and Parties herein shall use any Information or deposition testimony designated by any party or third party as **"Confidential"**

STIPULATED PROTECTIVE ORDER - 2

K:\1756775\00001\17096_XRH\17096P259W

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 WEST RIVERSIDE AVENUE, #300
SPOKANE, WA  99201-0602
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146

only for purposes of this action, and shall not disclose such Confidential Information, except as otherwise provided herein, to any person other than:

      a.    The Court and any persons employed by the Court whose duties require access to any materials filed in connection with this action;

      b.    Legal counsel for any Party in this action, their legal associates, paralegals, clerical and other support staff assisting in the representation of the Party to this action;

      c.    The Parties to this litigation, their employees, officers and directors whose duties require access to Information exchanged through discovery in this action;

      d.    Actual witnesses and potential witnesses in this action, and their counsel, to the extent reasonably deemed necessary by counsel for the witness's preparation for testimony;

      e.    Outside consultants and experts (and their employees) retained for the purpose of assisting in the prosecution and/or defense of this action;

      f.    Court reporters;

      g.    Mediators and / or Arbitrators that the Parties have agreed to use in an effort to resolve or narrow the issues in this case; and

      h.    Employees of copying and/or microfilming services utilized with respect to this action for the prosecution or defense thereof.

5.    Prior to disclosure of any Information designated as **"Confidential,"** any person included under subsections 4(d) and (e) shall agree in writing to comply with this Order by executing a Certificate of Knowledge of and Compliance with Stipulated Protective Order indicating that he or she has

STIPULATED PROTECTIVE ORDER - 3

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 WEST RIVERSIDE AVENUE, #300
SPOKANE, WA 99201-0602
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146

1 received and reviewed this Stipulated Protective Order and agrees to be bound

2 by its terms. The Certificate shall be in the form attached as Exhibit A. If such

3 person refuses to be bound by the terms of the Stipulated Protective Order, no

4 Confidential Information may be shown to that person outside the context of a

5 sworn deposition. Deponents who refuse to agree to the terms of this Stipulated

6 Protective Order on the record may be shown Confidential Information during

7 the course of a deposition, but will not be allowed to keep a copy of the

8 Confidential Information or the transcript of the deposition if the transcript

9 recites, references, or describes the contents of the Confidential Information.

10      6.      Information designated as **"Attorneys Eyes Only"** shall be treated

11 in the same manner as Information designated as **"Confidential"** with the

12 additional restriction that Information designated as **"Attorneys Eyes Only"**

13 shall not be disclosed to any person included under subsection 4(c), 4(d) or 4(e)

14 without the prior written consent of the producing Party or third party.  Any

15 Party wishing to disclose **"Attorneys Eyes Only"** information to any person

16 included under subsections 4 (c), 4(d) or 4(e) must provide notice of the intent

17 to disclose, as well as a copy of the signed Certificate in the form of Exhibit A,

18 to the producing party not less than 10 days prior to the disclosure.  If the

19 producing party objects to the disclosure, in writing, within 10 days of receipt

20 of the Certificate, no Attorneys Eyes Only information shall be disclosed unless

21 and until the matter is resolved by agreement of the parties (including the

22 producing party) or by an order of the Court.

23      7.      Whenever a deposition taken on behalf of any Party involves the

24 disclosure of **"Confidential"** or **"Attorneys Eyes Only"** Information of either

25 Party, either Party may designate all or portions of said deposition as containing

26

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 WEST RIVERSIDE AVENUE, #300
SPOKANE, WA  99201-0602
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146

1  **"Confidential"** or **"Attorneys Eyes Only"** Information.   Any such

2  designation, and the Information so designated, shall be made subject to the

3  provisions of this Stipulated Protective Order.

4       8.     Any Party may challenge the designation of Information as

5  **"Confidential"** or **"Attorneys Eyes Only"** by giving written notice that such

6  Party intends to challenge the designation by raising the issue with the Court.

7  Notice must be made to the Party who produced the Information not less than

8  fourteen (14) days prior to filing any motion.  If, within ten (10) days after

9  receipt of the notice, the Party who produced the Information makes a written

10  objection to the Party giving the notice, the Information shall remain designated

11  as **"Confidential"** or **"Attorneys Eyes Only"** until this Court orders

12  otherwise.  If timely written objection is not made, the Party who produced the

13  Information shall be deemed to have waived any objection to the disclosure of

14  the designated Information and the Information may be treated as non-

15  confidential without further order of the Court.

16       9.     With respect to any communications to the Court, including any

17  pleadings, motions or other papers, all documents containing **"Confidential"** or

18  **"Attorneys Eyes Only"** Information shall be communicated to the Court in a

19  sealed envelope or other appropriate sealed container on which shall be written

20  the caption of this lawsuit, an indication of the contents of the sealed envelope

21  or container, and the words **"CONFIDENTIAL INFORMATION SUBJECT**

22  **TO A PROTECTIVE ORDER,"** and the Clerk of this Court is directed to

23  maintain such materials under seal.

24       10.    Failure to designate any Information **"Confidential"** or

25  **"Attorneys Eyes Only"** shall not constitute a waiver of an otherwise valid

26

STIPULATED PROTECTIVE ORDER - 5

K:\1756775\00001\17096_XRH\17096P259W

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 WEST RIVERSIDE AVENUE, #300
SPOKANE, WA  99201-0602
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146

1  claim of confidentiality pursuant to this Stipulated Protective Order, so long as
2  a claim of confidentiality is asserted after the producing Party has noticed the
3  failure to designate the Information as **"Confidential"** or **"Attorneys Eyes**
4  **Only."** At such time, arrangements shall be made by the Parties to designate
5  the Information "Confidential" or **"Attorneys Eyes Only"** in accordance with
6  this Stipulated Protective Order.

7       11.    Except as otherwise agreed in writing, at the conclusion of this
8  action, whether the action be settled, otherwise resolved in full prior to trial, or
9  tried on the merits, the obligations imposed by this Stipulated Protective Order
10  shall remain in effect.   All copies of **"Confidential"** or **"Attorneys Eyes**
11  **Only"** Information shall be promptly returned to the producing Party upon
12  request, or destroyed by agreement of the Parties.

13       12.    Any person or entity receiving **"Confidential"** or **"Attorneys**
14  **Eyes Only"** Information under this Stipulated Protective Order who is then
15  later served with a subpoena for any such Information shall give counsel for the
16  Parties at least seven (7) days' notice (or reasonable notice if the time for
17  compliance with the subpoena is less than seven (7) days) before producing any
18  such Information.

19       13.    Each person or entity to whom **"Confidential"** or **"Attorneys**
20  **Eyes Only"** Information is disclosed in accordance with provisions of this
21  Stipulated Protective Order hereby submits himself, herself, or itself to the
22  jurisdiction of this Court for the enforcement of this Stipulated Protective
23  Order.

24       14.    The terms of this Stipulated Protective Order shall survive any
25  settlement, discontinuance, dismissal, severance, judgment, or other disposition
26

STIPULATED PROTECTIVE ORDER - 6

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 WEST RIVERSIDE AVENUE, #300
SPOKANE, WA 99201-0602
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146

1    of this litigation, and the Court shall continue to retain jurisdiction to enforce

2    the terms of this Stipulated Protective Order.

3        Plaintiffs and Defendants, through their undersigned counsel, hereby

4    stipulate and agree to entry of this Stipulated Protective Order.

5

6        DATED this 24th day of October, 2007.

7

8    KIRKPATRICK & LOCKHART                PHILLABAUM, LEDLIN, MATTHEWS
     PRESTON GATES ELLIS LLP               & SHELDON, PLLC

9

10   By    /s Theresa L. Keyes            By _____ (see attached)
     Theresa L. Keyes                      Stephen D. Phillabaum
     Attorneys for Plaintiffs              stevep@spokelaw.com
11   KIRKPATRICK & LOCKHART                Ian Ledlin,
     PRESTON GATES ELLIS LLP               ian@spokelaw.com
12   618 West Riverside Avenue, #300       Attorneys for Defendants
     Spokane, WA 99201
13   Telephone: 509-624-2100               PHILLABAUM, LEDLIN, MATTHEWS
     Facsimile: 509- 456-0146              & SHELDON, PLLC
14   theresa.keyes@klgates.com             421 West Riverside Ave. #900
                                           Spokane, WA  99201
15   David G. Duggan, Pro Hac Vice         Telephone:  509-838-6055
     THE LAW OFFICES OF DAVID G. DUGGAN    Facsimile:  509-625-1909
16   140 South Dearborn Street, #1610
     Chicago, IL 60603-5299
17   Telephone: 312-551-0670
     Facsimile:  312-443-1665
18   davidgraysonduggan@hotmail.com

19

20

21

22

23

24

25

26

STIPULATED PROTECTIVE ORDER - 7

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 WEST RIVERSIDE AVENUE, #300
SPOKANE, WA  99201-0602
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146

1   of this litigation, and the Court shall continue to retain jurisdiction to enforce

2   the terms of this Stipulated Protective Order.

3        Plaintiffs and Defendants, through their undersigned counsel, hereby

4   stipulate and agree to entry of this Stipulated Protective Order.

5

6     DATED this 24 day of ~~September~~ *October*, 2007.

7   KIRKPATRICK & LOCKHART        PHILLABAUM, LEDLIN, MATTHEWS
  PRESTON GATES ELLIS LLP          & SHELDON, PLLC

8

9   By _____
  Theresa K. Keyes             By _____

10   Attorneys for Plaintiffs         Stephen D. Phillabaum
  KIRKPATRICK & LOCKHART        stevep@spokelaw.com
  PRESTON GATES ELLIS LLP        Ian Ledlin,

11   618 West Riverside Avenue, #300    ian@spokelaw.com
  Spokane, WA 99201           Attorneys for Defendants

12   Telephone: 509-624-2100       PHILLABAUM, LEDLIN, MATTHEWS
  Facsimile: 509- 456-0146        & SHELDON , PLLC

13   theresa.keyes@klgates.com      421 West Riverside Ave. #900
                         Spokane, WA 99201

14   David G. Duggan, *Pro Hac Vice*     Telephone: 509-838-6055
  THE LAW OFFICES OF DAVID G. DUGGAN  Facsimile: 509-625-1909

15   140 South Dearborn Street, #1610

16   Chicago, IL 60603 -5299

17   Telephone: 312-551-0670
  Facsimile: 312-443-1665

18   davidgraysonduggan@hotmail.com

19

20

21

22

23

24

25

26

STIPULATED PROTECTIVE ORDER - 7

K:\1758775\0000111 7096_XRH\7096P259W

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 WEST RIVERSIDE AVENUE, #300
SPOKANE, WA 99201-0602
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146

1

## <u>ORDER</u>

2    IT IS SO ORDERED.

3    DATED this _____30th_____ day of October, 2007.

4

5

6                         s/ Edward F. Shea

                         _____

7                       Honorable Edward F. Shea

                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED PROTECTIVE ORDER - 8

K:\1756775\00001\17096_XRH\17096P259W

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 WEST RIVERSIDE AVENUE, #300
SPOKANE, WA  99201-0602
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146

# EXHIBIT A

Certification of Knowledge of and Compliance with Stipulated Protective Order

I certify my understanding that confidential discovery materials and the information contained therein will be provided to me pursuant to the terms and restrictions of the Stipulated Protective Order issued in the action titled BRIAN D'AMATO and PAUL D'AMATO, as partners of SISBRO I, SISBRO II, and SISBRO III, vs. REGINA LILLIE and GERALD LILLIE, as partners of SISBRO I, SISBRO II, and SISBRO III, CASE NO. CV-06-00314-EFS (U.S. District Court for the Eastern District of Washington), and that I have been given a copy of and have read the Stipulated Protective Order and agree to be bound by it. I understand that such discovery materials, any copies, any notes or other memoranda, or any other forms of information regarding or derived from those materials, including the contents of those documents, shall not be disclosed to any person, except as permitted under the Stipulated Protective Order, shall be used only for the purpose of said proceedings, and shall be returned, if they are confidential pursuant to the Stipulated Protective Order. I understand that I may not use or disclose any confidential information subject to this Stipulated Protective Order for any reason outside of the above-referenced lawsuit.

DATED:_____     _____
                                  (Signature)

                                  _____
                                  Print Name

STIPULATED PROTECTIVE ORDER - 9

K:\1756775\00001\17096_XRH\17096P259W

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
618 WEST RIVERSIDE AVENUE, #300
SPOKANE, WA 99201-0602
TELEPHONE: (509) 624-2100
FACSIMILE: (509) 456-0146