AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

BRIAN D'AMATO and PAUL D'AMATO, as partners of
SISBRO I, SISBRO II, and SISBRO III,
        Plaintiffs,

v.

REGINA LILLIE and GERALD LILLIE, as partners of
SISBRO I, SISBRO II, and SISBRO III,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-0314-EFS

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants Gerald and Regina Lillie breached partnership contracts and Plaintiffs are awarded judgment against Defendant Gerald Lillie in the amount of $32,747.76 for his breach of the SISBRO III partnership contract after November 9, 2001; and

Defendant Gerald Lillie is awarded judgment against Plaintiffs in the amount of $32,747.76 on his unjust enrichment affirmative defense claim related to SISBRO III.

| | |
|---|---|
| June 30, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |